| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Wake, Neil V. | 2. Court or Organization U.S. District Court, Arizona | 3. Date of Report 11/16/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |
| 7. Chambers or Office Address 401 W. Washington St., SPC 52 Phoenix, AZ 85003 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Law Offices of Neil Vincent Wake Money Purchase Plan (I am sole beneficiary) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 11/16/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 11/16/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 11/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo accounts | A | Interest | J | T | | | | | |
| 2. Apache Peak Inv., LLC | | None | J | U | | | | | |
| 3. Whetstone Dev. Co. (common stock) | | None | J | U | | | | | |
| 4. Interstate Ventures V Ltd. Ptshp | | None | J | U | | | | | |
| 5. IRA # 1 | | | | | | | | | |
| 6. --BlackrockGlobal Allocation C | H2 | Dividend | K | T | | | | | |
| 7. --Morgan Stanely Liquid Assets Fund | A | Dividend | J | T | | | | | |
| 8. UTMA Acct # 3 | | | | | | | | | |
| 9. --Morgan Stanley Bk Deposit | A | Interest | J | T | | | | | |
| 10. BROKERAGE ACCT # 3 | | | | | | | | | |
| 11. --SEI Tax-Free Fund (MM) | A | Dividend | J | T | Sold (part) | 05/14/15 | J | A | |
| 12. --SEI Real Estate Fd | A | Dividend | J | T | Sold (part) | 05/14/15 | J | A | |
| 13. --SEI Tax Managed Vol Fd | A | Dividend | J | T | | | | | |
| 14. --SEI Intermed Term Muni Fd | A | Dividend | J | T | | | | | |
| 15. --SEI Short Duration Muni Fd | A | Dividend | J | T | | | | H1 | |
| 16. --SEI Tax AdvantagedInc Fd | A | Dividend | J | T | | | | | |
| 17. Voya (formerlyl ING USA Annuity & Life Ins Co) (annuity) | | None | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 11/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Voya Retiremente Moderate A | | None | N | T | | | | | |
| 19. Amer. Inv. Life Ins. (AVIVA) Co. (annuity) (fixed) | | None | N | T | | | | | |
| 20. BROKERAGE ACCT # 4 | | | | | | | | | |
| 21. --SEI Intermed. Term Municipal Fd | A | Dividend | J | T | Buy (add'l) | 05/14/15 | J | | |
| 22. --Cisco Systems Inc (common) | A | Dividend | J | T | | | | | |
| 23. --SEI Short Duration Municipal Fd | A | Dividend | J | T | Buy (add'l) | 05/14/15 | J | | |
| 24. --STET Tax-Advantaged Income Fd # 19 | A | Dividend | J | T | | | | | |
| 25. --SEI Tax Managed Volume Fd | A | Dividend | J | T | Buy (add'l) | 05/14/15 | J | | |
| 26. --SEI RealEsate Fd | A | Dividend | J | T | | | | | |
| 27. --SEI Tax-Free Fd | A | Dividend | J | T | Buy (add'l) | 05/14/15 | J | | |
| 28. Business Dev Corp of America | D | Dividend | M | W | | | | | |
| 29. Griffin-Americna Healthcare REIT II | C | Dividend | | | Sold | 05/29/15 | L | D | |
| 30. Jackson Nat. Life Ins. Co. (annuity) | | None | P1 | T | | | | | |
| 31. --JNL/S&P Managed Moderate Growth | | None | N | T | | | | | |
| 32. --JNL/S&P Managed Moderate | | None | P1 | T | | | | | |
| 33. Pinal County, AZ, land | | None | K | W | | | | | |
| 34. Mohave County, AZ, land | | None | J | W | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 11/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Nationwide Life Ins. (whole life) | | None | K | T | | | | | |
| 36. Section 529 Account | | | | | | | | | |
| 37. --Ivy Capital Apprec. E (420) | D | Dividend | L | T | Sold (part) | 09/18/15 | J | A | |
| 38. IRA # 5-- | | | | | | | | | |
| 39. --Aviva Life and Annuity Co (annuity) (fixed) | | None | N | T | | | | | |
| 40. Trust # 5 (beneficiaries) | | | | | | | | | |
| 41. --SEI Prime Obligation Fund | A | Dividend | J | T | Sold (part) | 08/21/15 | L | A | |
| 42. --SEI Large Cap Growth Fd (omitted by mistatke) | A | Dividend | K | T | Sold (part) | 08/07/15 | J | A | |
| 43. --SEI Large Cap Value Fd (omitted by mistate) | A | Dividend | J | T | Buy (add'l) | 10/13/15 | J | | |
| 44. --SEI Small Cap Growth Fd (omitted by mistake) | A | Dividend | J | T | Sold (part) | 07/07/15 | J | A | |
| 45. --SEI Small Cap Value Fd (omitted by mistake) | A | Dividend | J | T | | | | | |
| 46. --SEI Core Fixed Inc Fd (omitted by mistake) | A | Dividend | K | T | Buy (add'l) | 10/13/15 | K | | |
| 47. --SEI Intl Fixed Inc Fd (omitted by mistake) | A | Dividend | J | T | Buy (add'l) | 10/13/15 | J | | |
| 48. SEI Intl Equity Fd (omitted by mistake) | A | Dividend | J | T | Buy (add'l) | 10/13/15 | J | | |
| 49. Phoenix Companies Inc (commone stock) (omitted by mistake) | | None | J | T | | | | | |
| 50. BROKERAGE ACCT # 6 | | | | | | | | | |
| 51. --Invesco Growth & Inc A (formerly Van Kampen Grw & Inc A) | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 11/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Ivy Large Cap Grw I Fd | C | Distribution | K | T | | | | | |
| 53. --Amer Balanced Fd2 | C | Dividend | L | T | | | | | |
| 54. --Morgan Stanley Bk Dep | A | Interest | J | T | | | | | |
| 55. Callon Petroleum Co (common) | | None | J | T | | | | | |
| 56. BROKERAGE ACCT # 9 | | | | | | | | | |
| 57. --Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 58. --MFS Total Return I | B | Dividend | J | T | Sold (part) | 08/21/15 | K | B | |
| 59. --Blackrock Equity Dividend I | B | Dividend | J | T | Sold (part) | 08/21/15 | K | B | |
| 60. --Eaton Vance Tax-Advantaged Bond Strategy | A | Distribution | | | Sold | 08/21/15 | L | C | |
| 61. --Fidelity Adv New Insights I | A | Int./Div. | J | T | Sold (part) | 08/21/15 | L | C | |
| 62. IRA # 7 | C | Dividend | K | T | | | | | |
| 63. --Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 64. --Invesco Premier PTF Instl (MM) | A | Dividend | J | T | Sold (part) | 08/21/15 | J | A | |
| 65. --Am Growth Fd of Amer F2 | D | Dividend | L | T | | | | | |
| 66. --Gabelli EQ Inc I | C | Dividend | L | T | | | | | |
| 67. --First Eagle Global I | A | Dividend | L | T | | | | | |
| 68. --Nuveen Santa Barbara Div Growth I | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 11/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Essential Asset REIT | C | Dividend | L | W | | | | | |
| 70. Office and Industrial REIT | C | Dividend | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 11/16/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Neil V. Wake**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544